**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUN 1 7 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 15-30104 - MJR |
| Plaintiff, | ) |
| | ) Title 18, |
| vs. | ) United States Code, |
| | ) Sections 922(g)(1), 922(u), |
| RODNEY A. MATHES, | ) 924(a)(2), and (i)(1). |
| | ) |
| Defendant | ) |

## INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT 1

#### STEALING FIREARMS FROM A FEDERAL FIREARMS LICENSEE

On or about January 19, 2015, in St. Clair County, Illinois, within the Southern District of

Illinois,

### RODNEY A. MATHES,

defendant herein, did steal or unlawfully take or carry away from the premises of Rural King, a

federal firearms licensee, the following firearms:

| No. | Type | Manufacturer | Model | Caliber / Gauge | Serial Number |
|---|---|---|---|---|---|
| 1 | Pistol | Ruger | Single Six | .22 | 26861949 |
| 2 | Pistol | Ruger | KCR | .22 | 54871801 |
| 3 | Pistol | Ruger | LCR22 | .22 | 54880441 |
| 4 | Pistol | Ruger | SR22 | .22 | 36368032 |
| 5 | Pistol | Browning | Buckmark | .22 | 515ZW04172 |
| 6 | Pistol | Ruger | SR22 | .22 | 3643444 |
| 7 | Pistol | Taurus | PT25 | .25 | 39589Z |
| 8 | Pistol | Walther | P22 | .22 | Z020614 |
| 9 | Pistol | Rossi | R351 | .38 | HR10364 |
| 10 | Pistol | Smith & Wesson | MP22 | .22 | HHH2187 |

| 11 | Pistol | Smith & Wesson | MP22 | .22 | MP090563 |
| 12 | Pistol | Ruger | LCR38 | .38 | 54333326 |
| 13 | Pistol | High Point | 9HC | 9mm | P1856486 |
| 14 | Pistol | High Point | JCP | .40 | X7222841 |
| 15 | Pistol | Ruger | Bearcat | .22 | 9361196 |
| 16 | Pistol | Taurus | M94 | .22 | GN94561 |

which had been shipped or transported in interstate or foreign commerce. All in violation of Title 18 United States Code, Section 922(u).

## COUNT 2

### POSSESSION OF A FIREARM BY A FELON

On or about January 19, 2015, in St. Clair County, Illinois, within the Southern District of Illinois,

### RODNEY A. MATHES,

defendant herein, who has been convicted of a felony offense, Burglary, in the Circuit Court of Monroe County, case number 91-CF-90, did knowingly possess in or affecting commerce the firearms as described in Count 1. All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_(signature)_
LAURA REPPERT
Assistant United States Attorney

_(signature)_
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:  Detention

2